**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Eric A. Kafka, individually and on behalf of all others similarly situated,,

Plaintiff,

-against-

Midland Credit Management, Inc., Encore Capital Group, Inc., Midland Funding, LLC, Asset Acceptance Capital Corp. and Asset Acceptance, LLC,

Defendant.

Docket No: 2:15-cv-04666-JMA-GRB

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 03 2016   ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. PROC. §41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed

with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each

party to bear its respective attorneys' fees and costs.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

/s Matthew Johnson
Matthew Johnson, Esq.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6433
*Attorneys for Defendant*

BARSHAY SANDERS, PLLC

/s  Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Fax (516) 706-5055
Our File No: 110085
*Attorneys for Plaintiff*

Case closed.
So ordered.
_____   10/3/16
/s/ Joan M. Azrack
USDJ